**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6578**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

TRAVIS BROCK BYRD,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:18-cr-00204-D-2)

_____

Submitted:  November 25, 2025                    Decided:  December 2, 2025

_____

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Travis Brock Byrd, Appellant Pro Se.  David A. Bragdon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis Brock Byrd appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for reduction of sentence. After reviewing the record, we conclude that the district court did not abuse its discretion in denying Byrd's motion. *See United States v. Spruhan*, 989 F.3d 266, 269 (4th Cir. 2021) (stating standard of review). Accordingly, we deny Byrd's motion to appoint counsel and affirm the district court's order. *United States v. Byrd*, No. 5:18-cr-00204-D-2 (E.D.N.C. July 15, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*